IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RONNIE JUNOR NIXON**                                                                 **PLAINTIFF**

v.                              Case No. 3:23-CV-00068-LPR

**CINDY RICHARDSON, Judge,**
 **Arkansas Community Correction, et al.**                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.  The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ADJUDGED this 15th day of May 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).